Virginia **ROBINSON**, Plaintiff Below, Appellant,

v.

**STATE of Delaware,** Defendant Below, Appellee.

No. 172, 2017

Supreme Court of Delaware.

Submitted: October 25, 2017

Decided: December 18, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. S16C–11–001 ESB

AFFIRMED.